Clifford J. Ramundo (011811981)
299 Forest Avenue
Paramus, New Jersey 07652
Tel: (201) 599-0412
Fax: (201) 599-9766
Email: cjr@cramundo.com

Hartely T. Bernstein, Esq.
Bernstein Cherney LLP
767 Third Avenue - 30th Floor
New York, N. Y. 10017
Pro Hac Vice Counsel
hbernstein@bernsteincherney.com
Attorneys for defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| TAMARA WAREKA, | CIVIL ACTION<br>NO. 2:21-cv-06227-SRC-CLW |
| Plaintiff, | Honorable Stanley R. Chesler, U. S. D. J.<br>Honorable Cathy L. Waldor, U. S. M. J. |
| -vs.- | |
| DIMITRY RABKIN, M.. D., P.C. dba ESTHETICA MD and DOES 1 through 10 inclusive, | **NOTICE OF MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT** |
| Defendant. | Return Date: **November 1, 2021**<br><br>Oral Argument Requested |

**TO:**   Hany Gonzales, Esq.
Higbee & Associates
1504 Brookhollow Drive - Suite 112
Santa Ana, CA 92705
Attorney for Plaintiff

1

**PLEASE TAKE NOTICE** that on Monday, November 1, 2021 at 9:00 a.m. or as soon thereafter as counsel may be heard, Clifford J. Ramundo and Hartley T. Bernstein, counsel for defendant Dimitry Rabkin, M. D.,  shall move before the Honorable Cathy L. Waldor, U. S. M. J., at the Martin Luther King Building and United States Courthouse, 50 Walnut Street, Newark, New Jersey, for an Order granting defendant leave to file a Third-Party Complaint naming third party defendants LoveJuliet LLC, BuzzUp Digital, Bergenmama.com and Jennifer Law.

**PLEASE TAKE FURTHER NOTICE** that such defendant  shall rely upon the attached Declaration of Dimitry Rabkin and Memorandum of Law in support of this Motion.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith in accordance with L. R. Civ. P. 7.1 (e).

Dated: September 30, 2021                                             /s/Clifford J. Ramundo
                                                                                              Clifford J. Ramundo
                                                                                              Attorney for Defendant

**CERTIFICATION OF SERVICE**

I, CLIFFORD J. RAMUNDO, an attorney at law of the State of New Jersey, admitted to practice before this Court, hereby certifies that on September 30, 2021, the within Notice of Motion, Declaration of Counsel and Proposed Order were electronically filed with the Clerk of the United States District Court for the District of New Jersey, and that a copy was served electronically via ECF, on the following:

>Hany Gonzalez, Esq.
>Higbee & Associates
>1504 Brookhollow Drive - Suite 112
>Santa Ana, CA 92705
>Attorney for plaintiff

Dated: September 30, 2021                                By:/s/ Clifford J. Ramundo
                                                              Clifford J. Ramundo
                                                              Attorney for defendant