UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____X

TAMARA WAREKA,

                Plaintiff,

                              Civil Action No. 2:21-cv-06227-SRC-CLW

     -against-

DIMITRY RABKIN; ADVANCED                  **ORDER**
AESTHETICS CONSULTANTS, P.C.
dba ESTHETICA MD and DOES 3 through
10 inclusive

                Defendants
_____X

       **THIS MATTER** having been opened to the Court by Clifford J. Ramundo, Esq. and Bernstein Cherney LLP, attorneys for Defendants Dimitry Rabkin and Advanced Aestheics Consultants P.C., upon notice to Higbee & Associates, attorneys for Plaintiff Tamara Wareka, for an Order granting Defendants' Motion to file and serve a Third-Party Complaint naming as third party defendants LoveJuliet LLC, BuzzUp Digital, Bergenmama.com and Jennifer Law; and the Court having reviewed the moving papers and supporting documentation and any opposition and reply filed therein, and for good cause shown;

       **IT IS** on this _____ day of _____, 2021

**ORDERED**, that Defendants' Motion is hereby **GRANTED** in its entirety

DATED: _____
U.S.M.J