

------ LAW OFFICES ------

**DeCotiis, FitzPatrick, Cole & Giblin, LLP**

61 SOUTH PARAMUS ROAD, SUITE 250
PARAMUS, NEW JERSEY 07652

NEW JERSEY
NEW YORK

TELEPHONE: (201) 928-1100
TELEFAX:    (201) 928-0588
WWW.DECOTIISLAW.COM

JOHN A. STONE, ESQ.
JSTONE@DECOTIISLAW.COM
201.347.2126

September 26, 2022

**VIA ECOURTS**
Hon. Cathy Waldor, U.S.M.J.
United States District Court, District of New Jersey
MLK Federal Building & Courthouse
50 Walnut Street, Room 4040
Newark, NJ 07102

Re:   **Tamara Wareka v. Dimitry Rabkin, et al. v. LoveJuliet LLC, et al.**
      **Docket No. 2:21-cv-06227-SRC-CLW**

Dear Judge Waldor:

I am writing on behalf of third-party defendants, with to request an adjournment of the conference currently scheduled for September 29, 2022. All other parties, through counsel, consent to that adjournment.

I request the adjournment because the parties are still pursuing settlement in good faith, but need some additional time to complete their efforts, and I have an in-person oral argument of a Motion (that has already been adjourned three times) in another matter, and opposition to four Motions to file that day in another suit. All counsel are free on and propose October 6, 2022, October 10, 2022 before 4 pm and October 11, 2022 as possible new times for the conference if they are convenient for the Court. Thank you for Your Honor's consideration of this request

Respectfully submitted,

By: _____
John A. Stone, Esq.

JAS/jp

Cc: All other counsel via Ecourts

#3220751